U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 03 2009

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-0262 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| DARRYL L. PRICE | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Darryl L. Price, and adjudges him guilty of the offense charged in Count One of the Indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Darryl L. Price's agreement to forfeit the firearm referenced in the Indictment

THUS DONE AND SIGNED this 3 day of February, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE